1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9   MATEO HERNANDEZ DELUNA,

10          *Plaintiff,*                                    2:09-cv-01228-JCM-PAL

11   vs.

12                                                          ORDER

     WARDEN VARE, *et al.*,
13
            *Defendants*.
14

15          In this prisoner civil rights action, plaintiff has not signed the amended complaint (#8).
16
     Under Rule 11(a) of the Federal Rules of Civil Procedure, all pleadings must be signed.
17
            IT THEREFORE IS ORDERED that the Clerk of Court shall provide plaintiff with a copy
18
     of the amended complaint and that, within twenty (20) days of entry of this order, plaintiff shall
19
     sign the amended complaint and return it to the Clerk for filing.  If plaintiff fails to both fully and
20
     timely comply with this order, the unsigned amended complaint will be stricken and this action
21
     will be dismissed without further advance notice.
22
            DATED: December 22, 2010.
23

24

25   _____
     PEGGY A. LEEN
26   United States Magistrate Judge

27

28