# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MATEO HERNANDEZ DELUNA,

                Plaintiff,

vs.

LENARD VARE, et al.,

                Defendants.

Case No. 2:09-cv-01228-JCM-PAL

**ORDER**

(Mtn for Summons - Dkt. #15)

      This matter is before the court on Plaintiff Mateo Hernandez Deluna's Motion for Issuance of Summons (Dkt. #15). The court has considered the motion.

      Plaintiff is proceeding in this matter *pro se* and *in forma pauperis*. He requests the court issue summons on his Amended Complaint (Dkt. #10). The court screened Plaintiff's Amended Complaint, dismissed the State of Nevada and certain of Plaintiff's claims pursuant to 28 U.S.C. § 1915A and directed the Attorney General to advise the court whether she could accept service for the named Defendants. *See* Order, Dkt. #12. If the Attorney General could not accept service, she was directed to provide the last known addresses of the Defendants under seal. *Id.* The Attorney General filed a Notice (Dkt. #13) advising the court that she could not accept service on behalf of the named Defendants, who are former employees of the Nevada Department of Corrections, in this matter. She provided the Defendants' last known addresses in a Sealed Addendum (Dkt. #14) as ordered.

      Having reviewed and considered the matter, and good cause appearing,

      **IT IS ORDERED**:

      1.    Plaintiff's Motion for Issuance of Summons (Dkt. #15) is GRANTED.

      2.    The Clerk of Court shall issue Summons for the Defendants Lenard Vare, Craig Farwell, Donald Hansell, and Cami Perino ***under seal*** and deliver the same to the U.S. Marshal

        for service, along with a copy of the Amended Complaint (Dkt. #10), Sealed Addendum (Dkt. #14), and this Order.  The Summons shall be issued under seal in order to protect the privacy of these Defendants, all former law enforcement/corrections personnel.

3.   The United States Marshal's Service is directed to serve Defendants at the addresses listed in the Sealed Addendum (Dkt. #14).

4.   After attempting service, the United States Marshal's Service shall file a notice with the court identifying whether identifying whether each Defendant was served.  The United States Marshal's Service may redact the return of service form(s) so that Defendants' last known addresses are not made publicly available.

5.   If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 120 days from the date this order is entered.

Dated this 28th day of November, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE